**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Robert E. Blackburn

Criminal Action No. 03-cr-00419-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Raynell Virginia Potter,

    Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was continued on supervised release with additional conditions, after a Complaint of Violation. As a result, all the conditions of an appearance bond imposed by the court as a post trial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 28th day of December, 2011.

          BY THE COURT:

          s/ Robert E. Blackburn
By:_____
      UNITED STATES DISTRICT JUDGE